| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br>Bernstein-Burkley, P.C.<br>Keri P. Ebeck, Esquire<br>Bar No. 262092017<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219<br>(412) 456-8112 | Order Filed on July 8, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>STEVEN HICKS,<br><br>        Debtor, | Case No.:    19-11291-CMG<br><br>Chapter:    Gravelle<br><br>Judge:    13 |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 8, 2019**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___March 12, 2019___ :

Property:     204 Cedar St, Lakehurst, NJ 08733-2904

Creditor:     Specialized Loan Servicing, LLC as Servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-9

and a Request for

- ☐ Extension of the 90 day Loss Mitigation Period having been filed by _____, and for good cause shown

- ☒ Early Termination of the Loss Mitigation Period having been filed by Specialized Loan Servicing, LLC, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____ .

The Loss Mitigation Period is terminated, effective _____June 7, 2019_____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Steven Hicks  
      Debtor

Case No. 19-11291-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jul 09, 2019  
                     Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2019.  
db            #Steven Hicks,     204 Cedar St,     Lakehurst, NJ    08733-2904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2019 at the address(es) listed below:  
           Albert   Russo     docs@russotrustee.com  
           Daniel E. Straffi     on behalf of Debtor Steven  Hicks bkclient@straffilaw.com,     G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com  
           Denise E. Carlon     on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,     as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series     2007-9 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
           Keri P. Ebeck     on behalf of Creditor    Specialized Loan Servicing, LLC as Servicer for The Bank     of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS,     Inc., Asset-Backed Certificates, Series 2007-9 kebeck@bernsteinlaw.com,     jbluemle@bernsteinlaw.com  
           Rebecca Ann Solarz     on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,     as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series     2007-9 rsolarz@kmllawgroup.com  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                        TOTAL: 6